In re     Joseph A. Roche                                        Case No.    **10-14783**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxxx5-12001<br><br>American Express<br>P.O. Box 1270<br>Newark, NJ 07101 | | - | Revolving credit | | | | 4,994.00 |
| Account No.<br><br>Anthony Gemma<br>30 Oriole Road<br>Medfield, MA 02052 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Charles T. Dobens<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Cherry Hills Apartments of Fort Worth<br>d/b/a FW Cherry Hills Apartments<br>30 Parker Grove Lane<br>Duxbury, MA 02332 | | - | Right of contribution | X | X | X | 1.00 |
|   **4**   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 4,997.00 |

In re  Joseph A. Roche , Case No. **10-14783**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 4244<br><br>Citi - Mastercard<br>P.O. Box 6062<br>Sioux Falls, SD 57117 | | - | Revolving credit | | | | 7,075.16 |
| Account No. xxxxxx6536<br><br>CitiBank, N.A.<br>3900 Paradise Road<br>Ste. 127<br>Las Vegas, NV 89109 | | - | Business line of credit | | | | 100,000.00 |
| Account No.<br><br>Clear River Partners, LLC<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | | - | Potential liability arising out of Preakness Apartments I & II of Lexington, LTD. | X | X | X | 1.00 |
| Account No. ending 6299<br><br>Discover<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | | - | Revolving credit | | | | 7,000.00 |
| Account No.<br><br>Green Park Financial Limited Partnership<br>7501 Wisconsin Avenue, Ste. 1200<br>Bethesda, MD 20814 | X | - | Limited guaranty of liability of obligation of Preakness Apartments I & II of Lexington, LTD pursuant to note payable to creditor and secured by apartment complex in Kentucky | X | X | X | 5,920,000.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  6,034,076.16

In re   Joseph A. Roche                                    Case No.   10-14783
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jeremy Shapiro<br>P.O. Box 610323<br>San Jose, CA 95161 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Josephine Gemma<br>8 Morgan Place<br>Newton, MA 02458 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Kathleen Dobens<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Michael Farragher<br>30 Oriole Road<br>Medfield, MA 02052 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Preakness Apartments I & II of Lexington, LTD<br>c/o Clear River Partners, LLC<br>Attn: Charles Dobens<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | | - | Potential liability arising out of Preakness Apartments I & II of Lexington, LTD | X | X | X | 1.00 |

Sheet no. 2 of 4 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        5.00

In re Joseph A. Roche , Case No. 10-14783
Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Gemma<br>305 Cedar Street<br>Ashland, MA 01721 | | - | Right of contribution | X | X | X | 1.00 |
| Account No.<br><br>Securities and Exchange Commission<br>33 Arch Street<br>Boston, MA 02110 | | - | Civil enforcement action | X | X | X | 1.00 |
| Account No.<br><br>Securities and Exchange Commission<br>c/o Rachel E. Hershfang, Esq.<br>U.S. Attorneys Office<br>1 Courthouse Way - Moakley Courthouse<br>Boston, MA 02210 | | - | For notice purposes | | | | 0.00 |
| Account No.<br><br>Sheila Farragher Gemma<br>30 Oriole Road<br>Medfield, MA 02052 | | - | Right of contribution | X | X | X | 1.00 |
| Account No. xxxxxx7933<br><br>Sovereign Bank<br>601 Penn Street<br>Reading, PA 19603 | | - | Business line of credit<br>Guaranty of loan to<br>East Coast Investment Solutions, LLC | | | | 100,000.00 |

Sheet no. 3 of 4 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 100,003.00

In re  Joseph A. Roche
                              Debtor

Case No. __10-14783__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx1613<br><br>Sprint<br>P.O. Box 105243<br>Atlanta, GA 30348 | | - | Cell phone | | | | 400.00 |
| Account No.<br><br>Thomas L. Engleby<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 | X | - | Letter of credit<br>Indemnity Agreement<br>May 5, 2008 | X | X | X | 478,945.02 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): 479,345.02

Total (Report on Summary of Schedules): 6,618,426.18

**B6H (Official Form 6H) (12/07)**

.

In re   **Joseph A. Roche**                                                                    ,        Case No.   **10-14783**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Anthony L. Gemma**<br>30 Oriole Road<br>Medfield, MA 02052 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |
| **Charles T. Dobens**<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |
| **Charles T. Dobens**<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | **Green Park Financial Limited Partnership**<br>7501 Wisconsin Avenue, Ste. 1200<br>Bethesda, MD 20814 |
| **Cherry Hills Apartments of Fort Worth**<br>d/b/a FW Cherry Hills Apartments<br>30 Parker Grove Lane<br>Duxbury, MA 02332 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |
| **East Coasts Investment Solution** | **Citizens Auto Finance, Inc.**<br>P.O. Box 42113<br>Providence, RI 02940 |
| **Jeremy Shapiro**<br>P.O. Box 610323<br>San Jose, CA 95161 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |
| **Jeremy Shapiro**<br>P.O. Box 610323<br>San Jose, CA 95161 | **Green Park Financial Limited Partnership**<br>7501 Wisconsin Avenue, Ste. 1200<br>Bethesda, MD 20814 |
| **Josephine Gemma**<br>8 Morgan Place<br>Newton, MA 02458 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |
| **Kathleen S. Dobens**<br>30 Parkers Grove Lane<br>Duxbury, MA 02332 | **Thomas L. Engleby**<br>c/o Zachary W. Allen, Esq.<br>Mock Schwabe Waldo Elder Reeves Bryant<br>211 North Robinson<br>Oklahoma City, OK 73102 |

**1**
___ continuation sheets attached to Schedule of Codebtors

In re **Joseph A. Roche**, Case No. **10-14783**
Debtor

# SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathleen S. Dobens**<br>**30 Parkers Grove Lane**<br>**Duxbury, MA 02332** | **Green Park Financial Limited Partnership**<br>**7501 Wisconsin Avenue, Ste. 1200**<br>**Bethesda, MD 20814** |
| **Michael Farragher**<br>**30 Oriole Road**<br>**Medfield, MA 02052** | **Thomas L. Engleby**<br>**c/o Zachary W. Allen, Esq.**<br>**Mock Schwabe Waldo Elder Reeves Bryant**<br>**211 North Robinson**<br>**Oklahoma City, OK 73102** |
| **Robert Gemma**<br>**305 Cedar Street**<br>**Ashland, MA 01721** | **Thomas L. Engleby**<br>**c/o Zachary W. Allen, Esq.**<br>**Mock Schwabe Waldo Elder Reeves Bryant**<br>**211 North Robinson**<br>**Oklahoma City, OK 73102** |
| **Sheila Farragher Gemma**<br>**30 Oriole Road**<br>**Medfield, MA 02052** | **Thomas L. Engleby**<br>**c/o Zachary W. Allen, Esq.**<br>**Mock Schwabe Waldo Elder Reeves Bryant**<br>**211 North Robinson**<br>**Oklahoma City, OK 73102** |
| **Sheila Farragher Gemma**<br>**30 Oriole Road**<br>**Medfield, MA 02052** | **Green Park Financial Limited Partnership**<br>**7501 Wisconsin Avenue, Ste. 1200**<br>**Bethesda, MD 20814** |
| **Stephanie B. Roche**<br>**22 Ellery Street**<br>**Braintree, MA 02184** | **Wachovia**<br>**P.O. Box 659568**<br>**San Antonio, TX 78265** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

```
AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101


ANTHONY GEMMA
30 ORIOLE ROAD
MEDFIELD, MA 02052


ANTHONY L. GEMMA
30 ORIOLE ROAD
MEDFIELD, MA 02052


BAC HOME LOANS SERVICING, LP
P.O. BOX 660694
DALLAS, TX 75266


BANK OF AMERICA
C/O HARMON LAW OFFICES
150 CALIFORNIA STREET
NEWTON, MA 02458


CENTURY BANK
C/O ATTORNEY KARA DARDENO, ESQ.
LAW OFFICES OF FRANK N. DARDENO LLP
424 BROADWAY
SOMERVILLE, MA 02145


CENTURY BANK AND TRUST COMPANY
400 MYSTIC AVENUE
MEDFORD, MA 02155


CHARLES T. DOBENS
30 PARKERS GROVE LANE
DUXBURY, MA 02332


CHERRY HILLS APARTMENTS OF FORT WORTH
D/B/A FW CHERRY HILLS APARTMENTS
30 PARKER GROVE LANE
DUXBURY, MA 02332


CITI - MASTERCARD
P.O. BOX 6062
SIOUX FALLS, SD 57117
```

CITIBANK, N.A.
3900 PARADISE ROAD
STE. 127
LAS VEGAS, NV 89109


CITIZENS AUTO FINANCE, INC.
P.O. BOX 42113
PROVIDENCE, RI 02940


CLEAR RIVER PARTNERS, LLC
30 PARKERS GROVE LANE
DUXBURY, MA 02332


DISCOVER
P.O. BOX 30943
SALT LAKE CITY, UT 84130


GREEN PARK FINANCIAL LIMITED PARTNERSHIP
7501 WISCONSIN AVENUE, STE. 1200
BETHESDA, MD 20814


JEREMY SHAPIRO
P.O. BOX 610323
SAN JOSE, CA 95161


JOSEPHINE GEMMA
8 MORGAN PLACE
NEWTON, MA 02458


KATHLEEN DOBENS
30 PARKERS GROVE LANE
DUXBURY, MA 02332


KATHLEEN S. DOBENS
30 PARKERS GROVE LANE
DUXBURY, MA 02332


MICHAEL FARRAGHER
30 ORIOLE ROAD
MEDFIELD, MA 02052

```
PREAKNESS APARTMENTS I & II OF LEXINGTON
C/O CLEAR RIVER PARTNERS, LLC
ATTN: CHARLES DOBENS
30 PARKERS GROVE LANE
DUXBURY, MA 02332


ROBERT GEMMA
305 CEDAR STREET
ASHLAND, MA 01721


SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET
BOSTON, MA 02110


SECURITIES AND EXCHANGE COMMISSION
C/O RACHEL E. HERSHFANG, ESQ.
U.S. ATTORNEYS OFFICE
1 COURTHOUSE WAY - MOAKLEY COURTHOUSE
BOSTON, MA 02210


SHEILA FARRAGHER GEMMA
30 ORIOLE ROAD
MEDFIELD, MA 02052


SOVEREIGN BANK
601 PENN STREET
READING, PA 19603


SPRINT
P.O. BOX 105243
ATLANTA, GA 30348


THOMAS L. ENGLEBY
C/O ZACHARY W. ALLEN, ESQ.
MOCK SCHWABE WALDO ELDER REEVES BRYANT
211 NORTH ROBINSON
OKLAHOMA CITY, OK 73102


WACHOVIA
P.O. BOX 659568
SAN ANTONIO, TX 78265
```

# United States Bankruptcy Court
### District of Massachusetts - Eastern Division

In re  **Joseph A. Roche**   Case No. **10-14783**
Debtor(s)   Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **7** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **June 2, 2010**   Signature  **/s/ Joseph A. Roche**
**Joseph A. Roche**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.